**Cindy and Michael SIVORE, Plaintiffs/Appellants,**

v.

**OCWEN LOAN SERVICING, LLC, Respondent.**

No. ED 104773

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: August 15, 2017

Application for Transfer to Supreme Court Denied October 23, 2017

Application for Transfer Denied December 19, 2017

Erich V. Vieth, Alicia A. Campbell (co-counsel), St. Louis, MO, for appellant.

Eric D. Martin, Hilary H. Sommer (co-counsel), St. Louis, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Michael and Cindy Sivore appeal the trial court's declaratory judgment in favor of Ocwen Loan Servicing enforcing a promissory note and deed of trust securing their home mortgage loan. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).